IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 1 2022

**TAMMY H. DOWNS, CLERK**

By:_____
DEP CLERK

Charles Sampson                                                                        Plaintiff

VS                                         No. 4:22-CV-89-BRW

Department Of Veterans Affairs                                            Defendant

## PETITION TO BE REMOVED AS A PATIENT

Comes now, Charles Sampson, pro se, and for his petition to be removed as a patient from the files of the Veterans Administration , states:

Since 1971, I have been abused by the VA Medical Center with drugs that has physically and mentally torn me apart.

On October 7, 2019, I was scheduled to receive an examination by Ms. Jerlene Washington for a condition I experienced over forty(40) years ago, and was infected again with flesh eating parasites. This incident was reported to the North Little Rock VA Regional and The Washington DC office. I did not receive a response from either. I was infected with flesh eating parasites three times. Twice at VA medical Center in No. Little Rock, and once at the office of Jerlene Washington in the Doctor's Hospital Bldg. on University Ave. In Little Rock.

I have been rated total and permanently disabled for well over thirty(30)years I am seventy five(75)years old and should not have to experience this type of activity from the Veterans Administration.

Since being infected with flesh eating parasites, I have developed chronic kidney disease.

**WHEREFORE,** Petitioner, Charles E. Sampson prays this court will block The Veterans Administration from scheduling me for any future appointments, treatments or any activity that

This case assigned to District Judge _Wilson_
and to Magistrate Judge _Kearney_

will take place on any VA property.  That Petitioner, Charles Sampson can present to his Doctor of choice if any medical information be needed by the Veterans Administration.  That Petitioner's disability compensation can not be terminated by not attending appointments that may be scheduled by The Veterans Administration.  That Petitioner's name be forever removed from any documents that may indicate he is a patient, and for all other proper relief to which he may be entitled.

Respectfully Submitted,

Charles Sampson, pro se
P.O. Box 17122
No. Little Rock, Arkansas 72117

## CERTIFICATE OF SERVICE

I, Charles E. Sampson, do hereby certify that a copy of the foregoing Petition for discontinued treatments at VA Medical Facilities has been deposited into the US mail with proper postage and mailed to The VA Regional Office, Fort Roots, Bldg. 65, North Little Rock, AR 72114, and The Board Of Veterans' Appeals, Department Of Veterans Affairs, Washington, DC 20038, this _____1st_____ day of February, 2022.

Charles E. Sampson