**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHARLES SAMPSON**                                                                **PLAINTIFF**

**VS.**                                        **4:22-CV-00089-BRW**

**DEPARTMENT OF VETERANS
AFFAIRS**                                                                             **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of June, 2022.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE